UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:15-cv-81340-ROSENBERG/BRANNON**

COLETTE STALLONE,

    Plaintiff,

v.

DEVONSHIRE AT PGA NATIONAL, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court upon the parties' Joint Motion to Approve Settlement and to Dismiss Lawsuit with Prejudice [DE 22]. The Court has carefully reviewed said Motion, the parties' Settlement Agreement and Release, *see* DE 22-1, and the entire court file, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement and to Dismiss Lawsuit with Prejudice [DE 22] is **GRANTED**.

2. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties' Settlement Agreement and Release, *see* DE 22-1, has been reviewed by the Court and the same is hereby approved, adopted, and ratified by the Court.

3. The above-styled cause is hereby **DISMISSED** with prejudice.

4. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the parties' Settlement Agreement and Release, *see* DE 22-1.

5. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

6. All other pending motions are **DENIED AS MOOT,** all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 24th day of February, 2016.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE